**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Case No. 15-cr-0206-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  DANIEL JAY BUSSEMA**,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A
PERSONAL MONEY JUDGMENT AGAINST DEFENDANT BUSSEMA**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant DANIEL JAY BUSSEMA pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

On May 7, 2015, the grand jury charged defendant DANIEL JAY BUSSEMA in Counts One, Two and Four through Nine with violations of 18 U.S.C. §§ 1343, 2 and 1957(a).  The Indictment also sought forfeiture in the form of a personal money judgment against defendant DANIEL JAY BUSSEMA, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount $160,060.00.  (Doc. 1).

On February 19, 2016, the United States and defendant DANIEL JAY BUSSEMA entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment in the amount of $160,060.00 under 18 U.S.C. §

981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  (Doc. 57).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $160,060.00 is subject to forfeiture as proceeds obtained by defendant DANIEL JAY BUSSEMA through commission of the offense in Count Four for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant DANIEL JAY BUSSEMA in the amount of $160,060.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

Dated this 4th day of March, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge